**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward E. Williams             CHAPTER 13
            Debtor(s)

            BKY. NO. 20-13048 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

            Respectfully submitted,

            /s/ Rebecca A. Solarz
            Rebecca Solarz
            27 Oct 2020, 16:40:16, EDT

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322