UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Edward E. Williams | : | Case No.: 20-130418-PMM |
| | : | |
|     Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: November 18, 2020              /s/ Brad J. Sadek, Esquire
                                                            Brad J. Sadek, Esquire
                                                             Sadek and Cooper Law Offices, LLC
                                                              1315 Walnut Street, Suite 502
                                                               Philadelphia, Pa 19107
                                                               215-545-0008