UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Edward E. Williams | : | Case No.: 20-13048-pmm |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __4th__ day of __February__, 2021 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED that the Motion is **GRANTED** and the Debtor's Modified Plan dated January 12, 2021 is **CONFIRMED.**

It is further **ORDERED** that Debtor shall file the Modified Plan as a separate entry on the docket of the case upon receipt of this Order.

_Patricia M. Mayer_
_____
Patricia M. Mayer
U.S. Bankruptcy Judge